THE PEOPLE OF THE STATE OF NEW YORK ex rel. 1170 FIFTH AVENUE CORP., Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents. [1170 Fifth Ave., Borough of Manhattan.] — Order, so far as appealed from, unanimously modified so as to provide for the fixing of the assessed valuations at the following amounts:

|  | Land | Building | Total |
| --- | --- | --- | --- |
| 1942–43 | $270,000 | $595,000 | $865,000 |
| 1943–44 | 259,000 | 583,000 | 842,000 |
| 1944–45 | 259,000 | 570,000 | 829,000 |

and as so modified affirmed, with $20 costs and disbursements to the relator-appellant. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Dore, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PARK-54TH STREET CORPORATION, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. [405 Park Ave., Borough of Manhattan.] — Order unanimously affirmed, with $20 costs and disburse-